# United States Court of Appeals for the Federal Circuit

ERRATA

April 3, 2008

Appeal No. 2007-7196, VERNON D. WILLIAMS v. JAMES B. PEAKE, M.D., Secretary of Veterans Affairs

Precedential Opinion

Decided:  April 3, 2008

Please make the following change:

On page 4, line 10, delete "Federal Register" and insert -- Code of Federal Regulations --.